UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR123-041 |
| ) | |
| JAMES ANDREW MCPHERSON, et al ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Michael Z. Spitulnik** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Michael Z. Spitulnik** be granted leave of absence for the following periods: October 25, 2023 through November 4, 2023.

**SO ORDERED**, this the _11th_ day of August, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA